In the Matter of JOSEPH ROSENTHAL, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Appellants.

Argued October 26, 1938; decided December 2, 1938.

*William C. Chanler*, Corporation Counsel (*Jeremiah M. Evarts* and *Seymour B. Quel* of counsel), for appellants.

*Jesse C. Rogers* and *Samuel Binder* for respondent.

Order affirmed, with costs, on the authority of *Matter of Wingate* v. *McGoldrick* (279 N. Y. 246), decided herewith. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.